# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN (KNOXVILLE) DIVISION

| | | |
|---|---|---|
| DAVID CASS, | § | |
| | § | |
| Plaintiff, | § | No.: 3:16-CV-193 |
| | § | *Jury Trial Demanded* |
| vs. | § | |
| | § | |
| NORFOLK SOUTHERN RAILWAY | § | |
| COMPANY, a Virginia Corporation, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with prejudice, with each party to bear their own costs.

**ENTER** this \_\_19th\_\_ day of \_\_August\_\_, 2016.

_____
The Honorable Pamela L. Reeves
**United States District Court Judge**

**APPROVED FOR ENTRY:**

COOK LEVERETT

S/ Edward S. Cook, Esq., GA BPR #183741
*Attorney for Plaintiff*
3350 Peachtree Road, NE, Suite 1100
Atlanta, Georgia 30326
(404) 841-8485-Office
(404) 841-8045-Fax
E-Mail: ecook@cookpclaw.com


BAKER, O'KANE, ATKINS & THOMPSON, PLLP

S/ John W. Baker, Jr., Esq., BPR #001261
*Attorney for Defendant*
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com